## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Santiago Abreu, an individual, | **Case No.: 1:16-cv-00462-WJM-NYW** |
| Plaintiff, | |
| vs. | |
| Canvas and Cocktails, Inc. dba Canvas and Cocktails, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Santiago Abreu, hereby voluntarily dismisses this action with prejudice.

**RESPECTFULLY SUBMITTED** this 4th day of August, 2016.

**Chastain & Afshari, LLP**

Attorneys for Plaintiff
1616 East Main Street, Suite 202
Phoenix, Arizona 85040
Telephone: (480) 382-7269
Fax: (480) 999-0665

BY:  s/ Afshin Afsharimehr
      Afshin Afsharimehr
      Colorado Bar No. 472942

1